*No fee - filed by U.S. Government     no summons iss'd*

07-CV-00047-CMP



JAN 10 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUDITH BARBOUR, Personal Representative of the Estate of Virginia Proctor Brown, <br><br> Plaintiff, <br><br> v. <br><br> MERLE CLINTON BROWN, JR., an unmarried individual (a.k.a. M. CLINT BROWN); SEATTLE SUNROOM COMPANY, INC., a Washington Limited Liability Company; CONTRACTORS BONDING AND INSURANCE COMPANY, a surety insurer; FOUR SEASONS SOLAR PRODUCTS LLC, a New York limited liability company; THE INTERNAL REVENUE SERVICE, a federal administrative department, <br><br> Defendants. | CV07-0047 TSZ <br><br> Civil No. 06-2-38951-4SEA <br><br> (Removed from Washington State Superior Court for the County of King) <br><br> UNITED STATES' NOTICE OF REMOVAL |

The United States of America and by and through its undersigned counsel, hereby files this notice to remove this matter to the United States District Court for the Western District of Washington at Seattle, pursuant to 28 U.S.C. § 1442(a)(1). The grounds for removal are as follows:

1. On or about December 12, 2006, plaintiff initiated this matter in the Washington State

NOTICE OF REMOVAL
- 1 -

U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9592  2144036.1

Superior Court for County of King, by filing an interpleader action naming the Internal Revenue Service as a defendant.[1]  A copy of the complaint is attached as Exhibit 1. Attached as Exhibit 2 are the remaining documents, filed in Washington State Superior Court, in the government's possession.

3. It appears service of a summons and complaint was made upon the United States Attorney in and for the Western District of Washington and the United States Attorney General on or about December 14, 2006.

4. This action is one that may be removed pursuant to 28 U.S.C. §§ 1442(a)(1) and 1444, in that it is a civil action commenced in a State court against the United States, involving the collection of the revenue and is brought under 28 U.S.C. § 2410.

5. By filing this notice, the United States does not waive any defenses listed in Fed. R. Civ. P. 12.

WHEREFORE, notice is given that the above-captioned action now pending in the Washington State Superior Court for the County of King, Case Number 06-2-38951SEA, has been removed to this Honorable Court.

---

[1] While plaintiff has named the Internal Revenue Service as a defendant in this matter, a review of the substance of plaintiff's claims reveals that they are attempting to determine priority of the funds at issue. It is well established that to the extent the relief requested in a complaint, if granted, would result in a judgment that would expend itself on the public treasury or restrain the federal government from action or interfere with public administration, the suit constitutes an action against the United States. Dugan v. Rank, 372 U.S. 609, 620 (1962) citing Land v. Dollar, 330 U.S. 731 (1947). Consequently, the instant action is one against the United States because the relief sought would expend itself on the public treasury and restrain the federal government from action. Therefore, the Internal Revenue Service should be dismissed as defendant, and the United States of America substituted as the proper defendant.

NOTICE OF REMOVAL
- 2 -

U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9593   2144036.1

1  DATED this 9th day of January, 2007.

JOHN MCKAY
United States Attorney

ROBERT BROUILLARD
Assistant United States Attorney

_____
KARI D. LARSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-6572

NOTICE OF REMOVAL

- 3 -

U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-95932144036.1

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing NOTICE OF REMOVAL has been made this 9th day of January, 2007, by depositing copies upon the parties hereto in the United States mail in a postage prepaid envelope addressed to the following:

Robert F. Baker
Denise M. Hamel
Lawler Burroughs & Baker, P.C.
1001 Fourth Avenue Plaza, Suite 4400
Seattle, WA 98154
Attorneys for plaintiff

Merle Clinton Brown, Jr.
8811 Stone Avenue North #1
Seattle, WA 98103

Seattle Sunroom Company, Inc.
c/o Merle Clint Brown, Jr.
8811 Stone Avenue North #1
Seattle, WA 98103

Jeff Yuseu
215 NE - 40th St., Suite C 3
Seattle, WA 98105
Attorney for defendant Contractors Bonding and Insurance Company

William Krause
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
Attorney for defendant Four Seasons Solar Products, LLC



KARI D. LARSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6572

Attorney for the United States

NOTICE OF REMOVAL
- 4 -

U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9593 2144036.1

RECEIVED
2006 DEC 12 AM 11: 09
KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY KING

JUDITH BARBOUR, Personal Representative of the Estate of Virginia Proctor Brown,

    Plaintiff,

v.

MERLE CLINTON BROWN, JR., an unmarried individual (a.k.a. M. CLINT BROWN); SEATTLE SUNROOM COMPANY, INC. a Washington Limited Liability Company; CONTRACTORS BONDING AND INSURANCE COMPANY, a surety insurer; FOUR SEASONS SOLAR PRODUCTS LLC, a New York limited liability company; THE INTERNAL REVENUE SERVICE, a federal administrative department

    Defendant.

NO. 06-2-38951-4 SEA

COMPLAINT FOR INTERPLEADER AND DECLARATORY RELIEF

Judith Barbour, Personal Representative of the Estate of Virginia P. Brown, alleges the following complaint for interpleader and declaratory relief against defendants named above.

COMPLAINT FOR INTERPLEADER AND DECLARATORY RELIEF

LAWLER BURROUGHS & BAKER, P.C.
1001 FOURTH AVENUE PLAZA, SUITE 4400
SEATTLE, WASHINGTON 98154
TELEPHONE (206) 464-1000
FACSIMILE (206) 682-3584

EXHIBIT 1

## I.     JURISDICTION AND VENUE

1. Plaintiff is the personal representative of the Estate of Virginia P. Brown, currently subject to probate in King County, Washington under King County Superior Court Cause No. 04-4-03382-6 SEA.

2. Defendant Merle Clint Brown, Jr. is an unmarried man with his last know residence in California and is a named beneficiary under the will of Virginia P. Brown.

3. Defendant Seattle Sunroom Company, LLC ("Seattle Sunroom") is an inactive Washington limited liability company solely owed by Merle Clint Brown, Jr.

4. Defendant Contractors Bonding Insurance Co. ("CBIC") is a surety insurance company doing business in King County, Washington.

5. Defendant Four Seasons Solar Products, LLC (Four Seasons) is a New York limited liability company doing business in King County, Washington.

6. Defendant Internal Revenue Service is a federal administration department.

7. Venue is properly in King County, Washington under RCW 4.12.025 since one or more of the defendants reside in therein.

## II.     BACKGROUND FACTS

1. Under the terms of decedent's will, M. Clint Brown will be entitled to 1/3 of the residual estate. That residual share is valued at approximately

COMPLAINT FOR INTERPLEADER AND DECLARATORY RELIEF

-2-

LAWLER BURROUGHS & BAKER, P.C.
1001 FOURTH AVENUE PLAZA, SUITE 4400
SEATTLE, WASHINGTON 98154
TELEPHONE (206) 464-1000
FACSIMILE (206) 682-3584

$ 274,164.75.[1]

2. On or about January 21, 2005 a garnishment action was instituted against Merle Clint Brown and Jane Doe Brown by CBIC under King County Cause No. 04-2-05979-8 SEA, naming plaintiff the Garnishee Defendant because of the possibility of funds being owed to M. Clint Brown upon distribution of the estate. A Writ of Garnishment was issued and on or about February 7, 2005. Attorneys for the Estate of Virginia P. Brown accepted service of the writ and subsequently answered that the debt was not yet matured. CBIC's initial judgment is in the amount of $16,153.91 excluding costs, fees and subsequent interest.

3. On or about June 1, 2005, the Estate received a Notice of Levy, dated May 24, 2005, from the Department of Treasury - Internal Revenue Service for unpaid FICA and FUTA taxes by M. Clint Brown and Seattle Sunroom in the amount of $23,909.46 due through June 23, 2005. This amount does not include subsequent interest and penalties.

4. On or about June 20, 2005 a garnishment action was instituted against Merle Clint Brown and Jane Doe Brown and Seattle Sunroom Company, LLC by Four Seasons under King County Cause No. 03-2-40443-8 SEA, naming the Estate as Garnishee Defendant due to the possibility of funds being owed to M. Clint Brown upon distribution of the estate. A Writ of Garnishment was served on the estate on

---

[1] The assets of the estate are currently in cash, stock and bonds. The exact value of the distributive share will not be known until the assets are liquidated.

COMPLAINT FOR INTERPLEADER AND
DECLARATORY RELIEF

-3-

LAWLER BURROUGHS & BAKER, P.C.
1001 FOURTH AVENUE PLAZA, SUITE 4400
SEATTLE, WASHINGTON 98154
TELEPHONE (206) 464-1000
FACSIMILE (206) 682-3584

or about June 23, 2005. Attorneys for the Estate of Virginia P. Brown subsequently answered that the debt was not yet matured. Four Seasons claimed indebtedness of $136,526.60 excluding additional costs, fees and subsequent interest.

5. On or about July 22, 2005, the Estate received a Notice of Levy, dated July 1, 2005, from the Department of Treasury-Internal Revenue Service for unpaid federal income taxes by M. Clint Brown in the amount of $53,672.83 through July 31, 2005. This amount does not include subsequent penalties and interests.

### III. CLAIMS AND CAUSES OF ACTION – INTERPLEADER

1. A present controversy exists as to whether plaintiff is required to pay any portion of M. Clint Brown's estate distribution to one or more of his creditors and the priority of such payments in the event the funds are insufficient to pay all creditors in full.

2. Plaintiff is entitled to a judicial decree establishing the rights of the defendants to the proceeds of M. Clint Brown's distributive share and establishing plaintiff's obligations, if any, to pay any, some or all of the proceeds to defendants CBIC, Four Seasons and the IRS, and to extinguish defendants' lien claim and rights, if any, as against plaintiff.

### IV. REQUEST FOR RELIEF

Plaintiff, Judith Barbour, Personal Representative of the Estate of Virginia P. Brown, requests that judgment be entered as follows:

1. Declaring that plaintiff may discharge its obligations to the defendant

COMPLAINT FOR INTERPLEADER AND
DECLARATORY RELIEF

-4-

LAWLER BURROUGHS & BAKER, P.C.
1001 FOURTH AVENUE PLAZA, SUITE 4400
SEATTLE, WASHINGTON 98154
TELEPHONE (206) 464-1000
FACSIMILE (206) 682-3584

M. Clint Brown and defendants CBIC, Four Seasons and the IRS with regard to M. Clint Brown's distributive share of the estate by paying such share into the registry of the court.

2. Requiring that the defendants be interpled and settle between themselves their rights to M. Clint Brown's distributive share of the estate.

3. Dismissing plaintiff as a party to the interpleader action between the defendants.

4. Enjoining defendants from further legal proceedings against plaintiff concerning payment to CBIC, Four Seasons or the IRS of any portion of M. Clint Brown's distributive share of the estate proceeds on defendants' garnishment or levy and the alleged debt owed said defendants from M. Clint Brown.

5. Awarding plaintiff its statutory costs and attorneys' fees.

6. Awarding plaintiff any additional or further relief that the court finds appropriate, equitable or just.

Date this the 17th day of November, 2006.

> LAWLER BURROUGHS & BAKER, P.C.
> Attorneys for Plaintiff, Judith Barbour
>
> By _____
> Robert F. Baker, WSBA No. 5537
> Denise M. Hamel, WSBA No. 20996

COMPLAINT FOR INTERPLEADER AND
DECLARATORY RELIEF
- 5-

LAWLER BURROUGHS & BAKER, P.C.
1001 FOURTH AVENUE PLAZA, SUITE 4400
SEATTLE, WASHINGTON 98154
TELEPHONE (206) 464-1000
FACSIMILE (206) 682-3584

9

INTERNAL REVENUE SERVICE
SB/SE-COMPLIANCE SERVICES

DEC 2 1 2006

AREA 12 TERRITO...
SEATTLE, WASHING...

ATTORNEYS AT LAW

# LAWLER BURROUGHS & BAKER, P.C.

ROBERT F. BAKER  
BLAIR B. BURROUGHS

BRIAN E. LAWLER  
DENISE M. HAMEL

1001 FOURTH AVENUE PLAZA, SUITE 4400  
SEATTLE, WASHINGTON 98154  
(206) 464-1000 • FAX (206) 682-3584

December 14, 2006

<u>Via Certified Mail, Return Receipt Requested</u>  
U.S. Attorney General  
10th and Constitution  
Washington D.C., 20530

U.S. Attorneys Office  
700 Stewart Street, Suite 5220  
Seattle, WA 98101

    In re: *Notices of Levy against Merle C. Brown (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) and Seattle Sunroom Co. (91-2049897)*

To Whom It May Concern:

    This office represents Judith Barbour, the personal representative of the Estate of Virginia Proctor Brown. The IRS has issued two levies referenced above. Because Merle C. Brown's interest in the estate was also garnished by other creditors, the Estate has commenced an interpleader action to resolve competing claims. A copy of the summons and complaint is served herewith.

    The Estate is in the process of liquidating its assets and expects to distribute Merle C. Brown's share into the court registry by year end or shortly thereafter. I have included a copy of the Decree of Distribution for your information.

    Very truly yours,  
    LAWLER BURROUGHS & BAKER, P.C.

    Denise M. Hamel

cc: Judith Barbour  
    Jamie Bent, IRS

EXHIBIT 2

RECEIVED
2006 DEC 12 AM 11:08
KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| In re the Estate of<br><br>VIRGINIA PROCTOR BROWN<br><br>Deceased. | NO. 04-4-03382-6 SEA<br><br>DECREE OF DISTRIBUTION |

Petitioner, Judith Barbour, has filed with the Court a Final Report and Petition for Decree of Distribution (the "Report"), and the Court, being fully advised in the premises, finds as follows:

1. Virginia Proctor Brown (the "Decedent") died testate on January 3, 2004, and was a resident of King County, Washington. Judith Barbour, decedent's daughter and Petitioner herein, is the sole Personal Representative following the resignation of M. Clint Brown on September 5, 2005.

2. The Estate was adjudicated to be solvent on July 20, 2004 and the Personal Representatives were granted nonintervention powers. Attached as

DECREE OF DISTRIBUTION - 1-

LAWLER BURROUGHS & BAKER, P.C.
1001 FOURTH AVENUE PLAZA, SUITE 4300
SEATTLE, WASHINGTON 98154
TELEPHONE (206) 464-1000
FACSIMILE (206) 682-3584



Exhibit B to the Report is a statement of debts and fees paid or to be paid and receipts, or canceled checks for expenses paid on behalf of the Estate.

3.  There were no creditor's claims against the Estate. However several creditors of M. Clint Brown have garnished or levied against M. Clint Brown's interest in the Estate. Those claims are itemized in the Report. Since the amount of the claims may exceed M. Clint Brown's distributive share, an interpleader action is appropriate to resolve the competing claims to said share.

4.  There was no federal estate tax or State of Washington estate tax due.

5.  Decedent is survived by three adult children, Judith Babour, M. Clint Brown and George Brown. The decedent's will directs that the residue of the Estate, following specific bequests of personal property, is to be divided equally between the three children.

6.  The Personal Representative is not requesting a fee.

7.  Attorney's fees and costs of $19,000 and accounting fees of $30,058.72 are reasonable, given the complications to the Estate arising from the necessity of the Estate having to go back several years to resolve tax issues and given that the Estate has had to deal with M. Clint Brown's creditor issues.

8.  Following the completion of the payments and distributions herein and the filing of receipts and a Declaration of Completion, the Personal Representative will have completed the administration of the decedent's Estate, the Estate will be ready to be closed, and the Personal Representative should be discharged.

DECREE OF DISTRIBUTION - 2-

LAWLER BURROUGHS & BAKER, P.C.
1001 FOURTH AVENUE PLAZA, SUITE 4300
SEATTLE, WASHINGTON 98154
TELEPHONE (206) 464-1000
FACSIMILE (206) 682-3584

12

Based on the foregoing Findings:

IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

1. The expenses attached as Exhibit B to the Report are reasonable and approving the same;

2. The Personal Representative shall liquidate the residue of the Estate as soon as is reasonably possible and distribute one-third thereof to each of Judith Barbour, George Brown and M. Clint Brown; provided that:

    i. $1,000 shall be reserved from each distribution for a total of $3,000 to pay for taxes and other potential expenses of the Estate until the Estate is ready to be closed and subject to remittance in the event that Estate expenses exceed the reserve, and

    ii. In the event expenses are less than the reserve, the Petitioner shall distribute the excess, one-third to each of the above recipients; provided that M. Clint Brown's share shall be deposited into the registry of the court under the Interpleader Action unless an order from that matter directs otherwise;

3. The Petitioner shall commence an interpleader action as to M. Clint Brown's one-third distributive share ("Interpleader Action"), which share be deposited into the Court subject to further order of the court

DECREE OF DISTRIBUTION - 3-

LAWLER BURROUGHS & BAKER, P.C.
1001 FOURTH AVENUE PLAZA, SUITE 4300
SEATTLE, WASHINGTON 98154
TELEPHONE (206) 464-1000
FACSIMILE (206) 682-3584

in that matter as to the appropriate distribution to competing claimants. Any fees and costs associated with the Court registry shall be deducted from the said deposited share;

4. The Personal Representative shall be discharged upon the filing of the final tax return, upon the filing of receipts of payment of distributions mentioned herein, upon dismissal from the Interpleader Action, and upon filing a Declaration of Completion herein.

DATED this ____ day of __DEC 1 2 2006__, 2006.

ERIC B. WATNESS

_____
Judge/Court Commissioner

Presented By:

LAWLER BURROUGHS & BAKER, P.C.
Attorneys for Personal Representative of
The Estate of Virginia Proctor Brown

By: _____
Robert F. Baker, WSBA No. 5537
Denise M. Hamel, WSBA No. 20996

DECREE OF DISTRIBUTION - 4-

LAWLER BURROUGHS & BAKER, P.C.
1001 FOURTH AVENUE PLAZA, SUITE 4300
SEATTLE, WASHINGTON 98154
TELEPHONE (206) 464-1000
FACSIMILE (206) 682-3584

RECEIVED

2006 DEC 12 AM 11: 09

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY KING

| | |
|---|---|
| JUDITH BARBOUR, Personal Representative of the Estate of Virginia Proctor Brown, <br><br> Plaintiff, <br><br> v. <br><br> MERLE CLINTON BROWN, JR., an unmarried individual (a.k.a. M. CLINT BROWN); SEATTLE SUNROOM COMPANY, INC. a Washington Limited Liability Company; CONTRACTORS BONDING AND INSURANCE COMPANY, a surety insurer; FOUR SEASONS SOLAR PRODUCTS LLC, a New York limited liability company; THE INTERNAL REVENUE SERVICE, a federal administrative department <br> Defendant. | NO. 06-2-38951-4 SEA <br><br> SUMMONS |

THE STATE OF WASHINGTON TO: M. CLINT BROWN

TO THE DEFENDANT: A lawsuit has been started against you in the above entitled Court by plaintiff. Plaintiff's claim is stated in the written complaint, a copy of which is served upon you with this summons.

SUMMONS -1-



LAWLER BURROUGHS & BAKER, P.C.
1001 FOURTH AVENUE PLAZA, SUITE 4400
SEATTLE, WASHINGTON 98154
TELEPHONE (206) 464-1000
FACSIMILE (206) 682-3584

1
2
3
4
5
6
7
8
9
10
11

   In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and serve a copy upon the undersigned attorney for the plaintiff within twenty (20) days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice. If you reside outside the State of Washington, you must respond to the complaint by stating your defense in writing, and by serving a copy upon the undersigned attorney for the plaintiff within sixty (60) days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one in which the plaintiff is entitled to what he asks for because you have not responded.

12
13

   If you serve a Notice of Appearance on the undersigned attorney, you are entitled to notice before a default judgment may be entered.

14
15
16
17
18
19

   You may demand that the plaintiff file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the person signing this summons. Within fourteen (14) days after you serve the demand, the plaintiff must file this lawsuit with the court, or the service on you of this summons and complaint will be void.

20
21

   If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

22   // // //
23   // // //
24
25
26

SUMMONS -2-

LAWLER BURROUGHS & BAKER, P.C.
1001 FOURTH AVENUE PLAZA, SUITE 4400
SEATTLE, WASHINGTON 98154
TELEPHONE (206) 464-1000
FACSIMILE (206) 682-3584

1  
2   This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.
3  
4  
5   Date this the 17th day of November, 2006
6  
7   LAWLER BURROUGHS & BAKER, P.C.
    Attorneys for Plaintiff Judy Barbour
8  
9   By: *Denise M. Hamel*
10       Denise M. Hamel, WSBA No. 20996
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

SUMMONS -3-

LAWLER BURROUGHS & BAKER, P.C.
1001 FOURTH AVENUE PLAZA, SUITE 4400
SEATTLE, WASHINGTON 98154
TELEPHONE (206) 464-1000
FACSIMILE (206) 682-3584